UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES ex. rel. DYLAN J. FYE, ) <br> STATE OF TENNESSEE, ex rel., DYLAN FYE, ) <br> and DYLAN J. FYE, individually, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SUPPORT SOLUTIONS OF THE MID-SOUTH, ) <br> LLC d/b/a SUPPORT SOLUTIONS, ) <br> ) <br> Defendant. ) | No. 3:17-CV-395-JRG-HBG |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiff's Motion to Amend Scheduling Order to Extend Expert Witness Disclosure Deadline [Doc. 63]. The parties appeared before the Court via telephone on August 8, 2019. Attorneys Dale Montpelier and Joseph Della-Rodolfa appeared on behalf of Plaintiff. Attorney Chris McCarty appeared on behalf of Defendant. During the hearing, the parties explained their efforts in conducting discovery and agreed to new deadlines in light of the voluminous discovery productions. Accordingly, the Court finds Plaintiff's Motion to Amend Scheduling Order to Extend Expert Witness Disclosure Deadline [**Doc. 63**] well taken, and it is **GRANTED**. The Court **ORDERS** as follows:

      1. Plaintiff shall submit his expert disclosures on or before **October 31, 2019**;

      2. Defendant shall submit its expert disclosures on or before **December 9, 2019**;

3. Daubert motions shall be filed on or before **January 9, 2020**; and

4. All discovery shall be completed on or before **January 15**, **2020**.

The Court will not extend the dispositive motion deadline at this time. If the parties believe an extension is warranted after completing some discovery, they shall file a motion setting forth the reasons why the deadline should be extended. Further, the Court notes that the deadlines in this case have previously been extended. [Doc. 49]. The Court will not extend the deadlines again, absent extraordinary circumstances.

**IT IS SO ORDERED.**

ENTER:

_____
United States Magistrate Judge